### NAUMAM *v.* BRAUN.

*(City Court of New York, Special Term.   August 30, 1890.)*

RIGHT TO COSTS.

> Under Code Civil Proc. N. Y. § 3228, subd. 4, which provides that plaintiff in an action for the recovery of money only is not entitled to costs unless he recovers $50 or more, and under section 3229, which awards the costs to defendant unless plaintiff is entitled to them, defendant in an action for goods sold and delivered for $844.50 is entitled to costs where plaintiff admits that defendant is entitled to credits reducing plaintiff's claim to $53, for which he demands judgment, but on the trial recovers less than $50.

Action by Naumam against Braun for goods sold and delivered for $844.50. Plaintiff demanded judgment for only $53.12, admitting that defendant was entitled to credits for the balance.   On the trial, plaintiff recovered $49.39, for which sum, with costs, he entered judgment.   Defendant now moves for a vacation of the judgment on the ground that plaintiff was not entitled to costs.   Code Civil Proc. N. Y. § 3228, subd. 4, provides that plaintiff is entitled to costs of course in an action "in which the complaint demands judgment for a sum of money only.   But the plaintiff is not entitled to costs under this subdivision unless he recovers the sum of fifty dollars or more."   Section 3229 provides: "The defendant is entitled to costs, of course, upon the rendering of a final judgment in an action specified in the last section, unless the plaintiff is entitled to costs, as therein prescribed."

*Livingston & Olcott*, for plaintiff.   *Langbein Bros. & Langbein*, for defendant.

GIEGERICH, J.   As the defendant, and not the plaintiff, is entitled to the taxable costs, (*Walp* v. *Boyd*, 2 N. Y. Supp. 735; *Tompkins* v. *Greene*, 21 Hun, 257, affirmed 82 N. Y. 619,) the motion to vacate the judgment entered herein on August 8, 1890, by the plaintiff for costs must be granted, with $10 costs.